**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
232 DUNE ROAD, LLC,

                          Plaintiff,

            -against-　　　　　　　　　　　　　　　20 **CIVIL** 7721 (CS)

## JUDGMENT

SCOTTSDALE INSURANCE COMPANY, ISU
JOHN C. CONKLIN AGENCY, GERARD K.
QUINN,

                       Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 13, 2023, Defendant Scottsdale's motion is GRANTED, Defendant Conklin's motion is GRANTED, and Plaintiff's cross-motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 13, 2023

                                     **RUBY J. KRAJICK**

                                    _____
                                      **Clerk of Court**

                    **BY:**      K. mango

                                      _____
                                      **Deputy Clerk**